UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

KIMBERLY EDDY obo
SHELBY EDDY,

    Plaintiff,

v.       Case No. 8:21-cv-2346-TPB-SPF

KILOLO KIJAKAZI,
Acting Commissioner of the Social
Security Administration,

    Defendant.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

This matter is before the Court on the report and recommendation of Sean P. Flynn, United States Magistrate Judge, entered on April 25, 2022. (Doc. 18). Judge Flynn recommends that the Court grant "Defendant's Unopposed Motion for Entry of Judgment with Remand" (Doc. 17), and that the Commissioner's decision be reversed and remanded for further administrative proceedings consistent with the reasons stated in the Commissioner's motion. Upon review, the Court adopts the report and recommendation. Consequently, the Commissioner's motion is granted, the Commissioner's decision is reversed under sentence four of 42 U.S.C. § 405(g), and this case is remanded for further administrative proceedings consistent with the reasons stated in the Commissioner's motion.

Accordingly, it is

**ORDERED**, **ADJUDGED**, and **DECREED**:

1. The report and recommendation is **AFFIRMED** and **ADOPTED** and **INCORPORATED BY REFERENCE** into this Order for all purposes, including appellate review.

2. "Defendant's Unopposed Motion for Entry of Judgment with Remand" (Doc. 17) is **GRANTED**.

3. The decision by the Commissioner is hereby **REVERSED** under sentence four of 42 U.S.C. § 405(g), and this case is **REMANDED** for further administrative proceedings consistent with the reasons stated in the Commissioner's motion.

4. The Clerk of the Court is directed to enter judgment in favor of Plaintiff, and thereafter close this case.

**DONE** and **ORDERED**, in Chambers, in Tampa, Florida, this <u>4th</u> day of May, 2022.

**TOM BARBER**
**UNITED STATES DISTRICT JUDGE**